UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                             Case No. 8:04-CR-566-T-27TBM

CURTIS SMILEY
_____/

### ORDER

**BEFORE THE COURT** is the Government's Motion to Dismiss the underlying Indictment (Dkt. 397). Upon consideration, the motion is GRANTED. Defendant pleaded guilty to Count One of a Superseding Indictment pursuant to a Plea Agreement and has been sentenced. Accordingly, the underlying Indictment (Dkt. 1) is dismissed as to Defendant Vilma Gutierrez Lopez.

**DONE AND ORDERED** in chambers this 4th day of August, 2009.

                                                                 JAMES D. WHITTEMORE
                                                                  United States District Judge

Copies to: Counsel of Record